642

Joseph Moody, appellee, v. La Mantia Bros. Arrigo Company and Joseph Pagliugli, appellants. Gen. No. 38,394.

Opinion filed December 16, 1935. Rehearing denied December 30, 1935.

Cassels, Potter & Bentley, for appellants; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Thomas E. Kluczynski, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Jesse A. Rothschild et al., appellants, v. Albert Sabath, appellee. Gen. No. 38,406.

Opinion filed December 16, 1935.

Edgar J. Schoen and Aaron Taymor, for appellants. Charles Hudson and Emanuel Goldstrich, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

## SECOND DISTRICT.

Mary McKeown, appellee, v. James D. Castelli, appellant. Gen. No. 8,912.

Opinion filed December 5, 1935.

Ray F. Faulkner, for appellant. Charles J. McKeown and Elmer H. Bielfeldt, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.

Catherine S. Morningstar, appellee, v. Everett C. Hardin et al., appellants. Gen. No. 8,991.

Opinion filed December 5, 1935.

John J. Ryan and Scofield & Bell, for appellants. Roswell B. O'Hara, for appellee.

Mr. Presiding Justice Huffman delivered the opinion of the court.